IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ILLINOIS EXTENSION PIPELINE
COMPANY, LLC (formerly known
as Enbridge Pipelines (Illinois) LLC),**

**Plaintiff,**

vs.

**LANGHAM CO., an Illinois corporation,**

**Defendant.**                                            Case No. **14-cv-802-DRH-PMF**

### Order

Now before the Court is Defendants' January 9, 2015 motion for summary judgment (Doc. 22) pursuant to Fed. R. Civ. P. 56(a).

As of today's date, plaintiff has not responded to the motion for summary judgment. Pursuant to Local Rule 7.1(c), the Court considers the failure to respond as an admission of the merits of the motion for summary judgment.[1] Accordingly, the Court **GRANTS** the motion for summary judgment. This action is **DISMISSED with prejudice**. The Clerk of Court will enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 8th day of May, 2015.

Digitally signed by David R. Herndon
Date: 2015.05.08 15:52:24 -05'00'

**United States District Judge**

---

[1] Local Rule 7.1(c) provides in part: "Failure to timely file a response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion."