UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ENBRIDGE PIPELINES(ILLINOIS) L.L.C.**,

    **Plaintiff,**

v.

**LANGHAM CO.,**

    **Defendant.**               No. 14-cv-802-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on defendant's Motion for Summary Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting defendant's Motion for Summary Judgment entered on March 8, 2015 (Doc. 23), this case is **DISMISSED** with prejudice.

            JUSTINE FLANAGAN,
            ACTING CLERK OF COURT

            BY:    /s/*Caitlin Fischer*
                    **Deputy Clerk**

Dated: May 11, 2015

            Digitally signed by
            David R. Herndon
            Date: 2015.05.11
            10:32:41 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT