UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ENBRIDGE PIPELINES(ILLINOIS) L.L.C.**,

    **Plaintiff,**

v.

**LANGHAM CO.,**

    **Defendant.**                    No. 14-cv-802-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on plaintiff's Motion for Summary Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting plaintiff's Motion for Summary Judgment entered on May 8, 2015 (Doc. 23), this case is **DISMISSED** with prejudice.

                    JUSTINE FLANAGAN,
                    ACTING CLERK OF COURT

              BY:    */s/Caitlin Fischer*
                    **Deputy Clerk**

Dated:  May 11, 2015

Digitally signed by David R. Herndon
Date: 2015.05.11 14:20:05 -05'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT